UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INDIANA M BASTAIN,

      Plaintiff,

    v.

FCA US LLC,

      Defendant.

Case No. 24-cv-06777-AMO

**ORDER TO SHOW CAUSE**

On November 3, 2025, the Court issued an order granting in part and denying in part the parties' joint stipulation to modify the case scheduling order.  Dkt. No. 30 ("November 3 Order").  In the November 3 Order, the Court noted that although the parties reported completing private mediation on July 9, 2025, "their stipulation and supporting declaration ma[de] it clear that the parties engaged in that mediation without having conducted any of the discovery necessary to make it productive." *Id.* at 2.  The Court therefore ordered the parties to "schedule a further mediation session, to take place in February or March 2026." *Id.* at 2.  A notice confirming the scheduling of that session was due within 7 days of the November 3 Order. *Id.* at 2-3.

To date, the required notice has not been filed.  Accordingly, the parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failing to file the required notice. Each side shall file a response, not to exceed 3 pages, to this Order to Show Cause by March 6, 2026.  The Court notes that the prior $500 sanction imposed on Attorney David Lunn for not appearing at the status conference held July 16, 2025, Dkt. Nos. 24, 25, was insufficient to ensure Plaintiffs' compliance with subsequent orders and deadlines.  Accordingly, Plaintiffs are on notice that, should sanctions be warranted, the Court is inclined to impose a higher sanctions amount

given the history of non-compliance in this case and the need to deter future non-compliance.

**IT IS SO ORDERED.**

Dated: March 2, 2026

‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ **ARACELI MARTÍNEZ-OLGUÍN**
United States District Judge

United States District Court
Northern District of California

2