United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIANA M BASTAIN,<br>Plaintiff,<br>v.<br>FCA US LLC,<br>Defendant. | Case No. 24-cv-06777-AMO<br><br>**ORDER TO SHOW CAUSE** |

The pretrial order issued in this case on April 30, 2026 set September 28, 2026 as the deadline for the parties' trial briefs on any controlling issues of law, proposed verdict forms, joint or separate, and any objections to exhibits, among other pretrial filings. Dkt. No. 42. As of the filing of this order, Plaintiff has not filed a proposed verdict form or a trial brief, and neither side has filed any objections to exhibits, which are now deemed waived.

The Court hereby **ORDERS** Plaintiff to **SHOW CAUSE** they should not be sanctioned for failing to file a trail brief or a proposed verdict form. Plaintiff shall file a written response to this order by no later than **October 5, 2026**. The response shall not exceed three pages.

The Court also notes that many of the pretrial filings that were due on September 28, 2026 were actually submitted in the early morning on September 29, 2026. The parties are on notice that any future untimely filings will be stricken and not be considered and may additionally lead to the imposition of sanctions.

Furthermore, the Court has also not received required chambers copies and electronic versions of the parties' filings as required by the pretrial order. Dkt. No. 42 at 4. The parties shall provide them by no later than noon tomorrow, **October 2, 2026**.

Additionally, the Court **ORDERS** the parties to meet and confer regarding magistrate

judge jurisdiction. The parties are reminded that they may consent at any time to reassignment of the case to a magistrate judge of their choice, for all purposes, including entry of final judgment. *See* Civil L.R. 73. That one party refused to consent to a magistrate judge assigned off-the wheel does not foreclose a different magistrate judge assignment. The magistrate judges in this district carry significant consent loads. Should the parties wish to proceed before a magistrate judge, each party must file a consent form, available at https://cand.uscourts.gov/forms/magistrate-judge-consentdeclination-form, by no later than **October 15, 2026**. The parties are free to withhold consent without adverse substantive consequences.

The Court also **HEREBY REFERS** this matter to court-sponsored mediation, to be completed within 90 days. The Court may continue the trial date in this matter as necessary to allow for the completion of that ADR process.

**IT IS SO ORDERED.**

Dated: October 1, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**